STEPHEN P. NARATIL
California Bar No. 174825
SUMMIT DEFENSE
601 First Street, Suite 250B
Benicia, CA  94510
Telephone (7074)748-1240
Facsimile (707)361-9028

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JANET ORTEGA,<br><br>        Defendant | Case No.: CR-06-0~~074~~0744 WHA<br><br>**MOTION AND ORDER TO MODIFY RELEASE CONDITIONS; AND ~~PROPOSED~~ TRAVEL ORDER**<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

IT IS HEREBY ORDERED:

That the previously imposed release conditions on the Defendant, Janet Ortega, be modified to allow her to travel throughout the State of California for employment purposes.  Further, that Ms. Ortega is allowed to travel to Chicago from December 20th through December 28th, 2006.

IT IS SO ORDERED.


Dated:   December 19, 2006                                              _____

                                                                              United States District Court Magistrate

ORDER - 1