|  |  |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 |  |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | STACEY P. GEIS (CSBN 181444)<br>Assistant United States Attorney |
| 5 |  |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7126 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-744 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER DOCUMENTING |
| JANET V. ORTEGA, | ) | EXCLUSION OF TIME |
| Defendant. | ) | |

With the agreement of the parties in open court on January 9, 2007, and with the consent of the defendant Janet Ortega ("defendant"), the Court enters this order 1) ordering the next hearing in front of this Court to be on January 30, 2007 at 2:00 p.m., and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 9 to January 30, 2007. The parties agree, and the Court finds and holds, as follows:

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 744 WHA]]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until January 30, 2007 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Defense counsel has just obtained discovery and needs adequate time to review the discovery as it relates to the underlying fraud charges. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 9 to January 30, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) the next appearance in front of this Court will be January 30, 2007 at 2:00 p.m., and 2) the period from January 9 to January 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 10, 2007  /S/ Stephen P. Naratil
Stephen P. Naratil
Attorney for Janet Ortega

DATED: January 10, 2007  /S/ Stacey P. Geis
Stacey P. Geis
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: January 30, 2007

The Honorable William Alsup
United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 744 WHA]]   -2-